PROB 12A
(7/93)

# United States District Court
## for
## District of New Jersey
## Report on Offender Under Supervision

Name of Offender: Tawana Jackson                    Cr.: 07-00479-001
                                                    PACTS #: 48780

Name of Sentencing Judicial Officer: The Honorable Susan D. Wigenton

Date of Original Sentence: 11/14/07

Original Offense: Wire Fraud

Original Sentence: 18 Months Imprisonment; 36 Months Supervised Release - Special Conditions: DNA, Restitution, Financial Disclosure, No New Debt

Type of Supervision: Supervised Release            Date Supervision Commenced: 06/04/09

## NONCOMPLIANCE SUMMARY

The offender has not complied with the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
| --- | --- |
| 1 | The offender has failed to make monthly restitution payments as directed. To date, she has paid a total of $2,914. ($2,749 was applied from her income tax return). |

U.S. Probation Officer Action:
We are recommending no action be taken at this time, and that this form will serve as a formal warning and reprimand from the Court. Should the offender fail to make consistent monthly payments of $25, we will notify the Court and request a Summons. In addition, we recommend that the amount of monthly payments be increased once the offender obtains employment.

Respectfully submitted,

By: Leslie M. Vargas
U.S. Probation Officer
Date: 11/09/11

*No Response is necessary unless the court directs that additional action be taken as follows:*

[ ] Submit a Request for Modifying the Conditions or Term of Supervision
[ ] Submit a Request for Warrant or Summons
[ ] Other

Signature of Judicial Officer

November 16, 2011
Date