# United States District Court

## for

## District of New Jersey

## Petition for Warrant or Summons for Offender Under Supervision

**Name of Offender:** Tawana Jackson        **Docket Number:** 07-00479-001
       **PACTS Number:** 48780

**Name of Sentencing Judicial Officer:** HONORABLE SUSAN D. WIGENTON
       UNITED STATES DISTRICT JUDGE

**Date of Original Sentence:** 11/14/2007

**Original Offense:** WIRE FRAUD

**Original Sentence:** 18 Months Imprisonment; 36 Years Supervised Release.

**Type of Supervision:** Supervised Release        **Date Supervision Commenced:** 06/04/09

**Assistant U.S. Attorney:** L. Judson Welle, 970 Broad Street, Room 502, Newark, New Jersey 07102, (973) 645-2700

**Defense Attorney:** Craig R. Weiss, Esq., 217 Closter Dock Rd, Closter, New Jersey 07624, (201)750-1990

---

## PETITIONING THE COURT

[ ] To issue a warrant
[X] To issue a summons

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | The offender has violated the standard supervision condition which states 'As a condition of supervision, you are instructed to pay restitution in the amount of $118,739.44 to Certegy Check Service ($59,554.93), Marmaxx ($58,296.42), and Target ($888.09); it shall be paid in the following manner: monthly payments of no less than $50.' (In November 2011, this was modified to $25 per month). |
| | The offender has failed to submit restitution payments as ordered by the Court. Jackson has submitted one payment of $40 on September 28, 2011, while under supervision. While in the Bureau of Prisons, Jackson paid $125 toward restitution, and in February 2010, her tax return of $2,749, was relinquished and placed toward restitution. In November 2011, we submitted to the Court, a Report of Offender Under Supervision, and gave the offender an opportunity to submit monthly payments of $25 per month. However, she has failed to do so, despite the warning from the Court. |

2      The offender has violated the standard supervision condition which states '**You shall notify the probation officer within 72 hours of being arrested or questioned by a law enforcement officer.**'

On January 29, 2012, the offender was arrested by the Homdel Police Department for Driving While Suspended. She did not inform the Probation Officer until February 15, 2012.

3      The offender has violated the standard supervision condition which states '**You shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer.**'

The offender has failed to submit Monthly Supervision Reports since July 2011, to the present, for a total of 8 months. The offender has been directed on numerous occasions to submit all delinquent reports.

In addition, the offender has not been truthful with the Probation Officer with respect to the submitting of her restitution payments.

I declare under penalty of perjury that the foregoing is true and correct.

By: Leslie M. Vargas
U.S. Probation Officer
Date: 3/26/12

---

THE COURT ORDERS:

[ ] The Issuance of a Warrant
[X] The Issuance of a Summons. Date of Hearing: 4/11/12 @ 12:00
[ ] No Action
[ ] Other

Signature of Judicial Officer

March 27, 2012
Date