UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. Susan D. Wigenton |
| v. | : | Crim. No. 07-479 (SDW) |
| TAWANA JACKSON | : | O R D E R |

This matter having come before the Court on the joint application of Paul J. Fishman, United States Attorney for the District of New Jersey (by Andrew Kogan, Assistant U.S. Attorney), and defendant Tawana Jackson (by Chester Keller, First Assistant Federal Public Defender) for an order granting a further extension of the date on which the defendant shall surrender to the custody of the Federal Bureau of Prisons in service of the sentence imposed by this Court on April 11, 2012, and two (2) sixty-day exensions having previously been granted, and for the reasons submitted by the parties in correspondence received by the Court, and for good cause shown,

IT IS, therefore, on this 24th day of September, 2012,

ORDERED that the date on which the defendant shall surrender to the custody of the Federal Bureau of Prisons in service of the sentence imposed by this Court on April 11, 2012 is extended until October 9, 2012.

---
HON. SUSAN D. WIGENTON
United States District Judge